DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GLAXOSMITHKLINE, LLC,** individually and as successor in interest to **YARDLEY OF LONDON, INC., YARDLEY OF LONDON, LTD.,** and **YARDLEY OF LONDON (U.S.), LLC.,**
Appellant,

v.

**JAMES MURRAY,** individually and as Personal Representative of the Estate of **JOAN MURRAY**, decedent, **CHANEL O., CHANEL, INC., CONOPCO, INC.,** individually and as successor in interest to **CHESEBROUGH PONDS, INC.** and **FABERGE LTD., CYPRUS AMAX MINEALS COMPANY,** individually and as successor to **METROPOLITAN TALC COMPANY, SIERRA TALC COMPANY,** and **UNITED TALC COMPANY, ESTEE LAUDER INC., IMERYS TALC AMERICA INC.** f/k/a **LUZENAC AMERICA INC., UNITED SIERRA TALC CO., CYPRUS AMAX MINERALS COMPANY, IMERYS MINERALS USA, INC., IMERYS USA, INC., IMI FABI (DIANA) LLC, PROCTOR & GAMBLE PRODUCTIONS, INC.** as successor in interest to **COTY, INC., YARDLEY OF LONDON, INC., YARDLEY OF LONDON LTD.,** and **YARDLEY OF LONDON (U.S.) LLC, PUBLIX SUPER MARKETS, IKNC., REVLON, INC.** and **WHITTAKER CLARK & DANIELS, INC.,**
Appellees.

No. 4D19-3308

[May 7, 2020]

Non-final appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE18-0271746.

Carol M. Rooney and Adam M. Topel of Butler Weihmuller Katz Craig, LLP, Tampa, for appellant.

Rebecca S. Vinocur of Rebecca S. Vinocur, P.A., Coral Gables, and Daniel Woodard of Phillips & Paolicelli, LLP, New York New York, Pro Hac Vice for Appellee James Murray.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***